Argued and submitted March 31, dismissed as moot September 7, 1988

## BRUCE SCOTT ERBS,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A45660 (Control), A46487)
(Cases Consolidated)

760 P2d 902

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

David L. Kramer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Graber, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of final orders of the Board of Parole, dated July 22, 1987, and September 15, 1987, that recalculated his release date. We dismiss the appeal as moot.

In *Erbs v. Board of Parole,* 90 Or App 253, 257, 752 P2d 318 (1988), we held that petitioner was entitled to unconditional release from the custody of the Department of Corrections on July 16, 1986, because his sentence was then completed. After his release, the Board no longer had authority over petitioner. *Erbs v. Board of Parole, supra.* Because he is no longer subject to the orders entered by the Board, the issue he raises on review is moot.

Dismissed as moot.